UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JUAN CARLOS CALDERON,

           Plaintiff,

    v.

P. COVELLO, et al.,

           Defendants.

No. 2:23-cv-1973 WBS JDP

ORDER

----oo0oo----

On February 2, 2026, plaintiff Juan Carlos Calderon, who proceeds pro se, filed a motion (Docket No. 19) under Federal Rule of Civil Procedure 60 to set aside the judgment issued against him on January 4, 2024 (see Docket No. 17). However, plaintiff's motion is untimely.

Rule 60(c) provides that "[a] motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c). Thus, because judgment was entered more than one year before

1

plaintiff filed the present motion, the court finds he is not eligible for relief under Rule 60.  See id.

IT IS THEREFORE ORDERED that plaintiff's motion to set aside judgment be, and the same hereby is, DENIED.

Dated:   February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2